**Motion Granted; Case Dismissed and Memorandum Opinion filed July 29, 2025**



In The

# Fifteenth Court of Appeals

---

## NO. 15-24-00120-CV

---

**STATE OF TEXAS, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, ET AL., Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-63919**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 24, 2024, amended November 23, 2024. We abated the appeal on June 23, 2025 upon request of the parties, which were in talks to resolve outstanding issues in this case. On July 23, 2025, the parties filed a joint motion requesting the court reinstate the appeal, vacate

the trial court's final judgment and related orders, and dismiss the case without prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e). Specifically, the parties request that we vacate the trial court's November 23, 2024 amended judgment granting appellees Harris County entities and officials' plea to the jurisdiction and motion to show authority and vacate the trial court's October 24, 2024 order denying appellant the State of Texas' request for a temporary injunction.

We reinstate the appeal and **GRANT** the motion. We therefore **VACATE** the trial court's amended judgment dated November 23, 2024 and the trial court's order denying the State's request for temporary injunction dated October 24, 2024. We further **DISMISS** the case without prejudice.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.